IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| C.A., by and through his parents and next friends, Charlsie and Jeffrey A., | § § § | |
| v. | § § | CIVIL ACTION NO. 6:11-cv-119 |
| THOMAS SUEHS, in his official capacity as EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § § § § § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 17th day of May, 2012.**

_Michael Schneider_

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE